MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN, State Bar No. 226126
jturman@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

MATTHEW S. MENZIE, State Bar No. 211404
mmenzie@morganlewis.com
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendant Prudential Financial, Inc.

E-FILED 11/5/2010

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLARK,<br><br>             Plaintiff,<br><br>      vs.<br><br>PRUDENTIAL FINANCIAL, INC.,<br>AND DOES 1 THRU 100, inclusive<br><br>             Defendants. | Case No. CV10-4953-GAF (PJWx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT ON ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>Judge:          Hon. Gary A. Feess |

Defendant Prudential Financial, Inc. ("Prudential" or "Defendant") filed a Motion to Dismiss on July 13, 2010.  The matter was heard before this Court on September 13, 2010.

The Court, having considered the parties' moving, opposing, reply and supplemental papers and the evidentiary record as a whole, concluded that all of Plaintiff's claims fail for the reasons provided in the Court's Order.  Accordingly, the Court granted Defendant's Motion to Dismiss on these claims.  The Order Granting Defendant's Motion to Dismiss is attached hereto as Exhibit "A" and is hereby incorporated in its entirety by reference.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
HOUSTON

DB2/22012980.1

[~~PROPOSED~~] JUDGMENT ON ORDER
CASE NO. CV10-4953-GAF (PJWX)

1  **NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND**
2  **DECREED**:
3      Judgment as to the claims asserted by Plaintiff shall be entered in favor of
4  Defendant and against Plaintiff Curtis Clark; the action of Plaintiff against
5  Defendant is dismissed in its entirety.  Plaintiff shall take nothing on his action
6  against Defendant.
7  **IT IS SO ORDERED**.
8  Dated:      November 3, 2010

                                                _____
                                                Hon. Gary A. Feess
                                                Judge of the United States District
                                                Court, Central District